RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-11642-TA |
| VIET IDEAS, LLC, | Chapter 7 |
| Debtor. | TRUSTEE'S NOTICE OF INTENT TO ABANDON ESTATE'S INTEREST, IF ANY, IN CERTAIN ASSETS |
| | [Pursuant to 11 U.S.C. § 554(a) and LBR 6007-1] |

PLEASE TAKE NOTICE that Richard A. Marshack, the duly appointed, qualified and acting Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of Viet Ideas, LLC ("Debtor"), intends to abandon the Estate's interest, if any, in property of the Estate as detailed below, pursuant to 11 U.S.C. § 554(a) and Local Bankruptcy Rule ("LBR") 6007-1, without further Court order.

On August 14, 2023, Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code. On the same day, Richard A. Marshack was appointed Chapter 7 Trustee.

**ASSETS TO BE ABANDONED**

In its schedule A/B filed on August 18, 2023 as Dk. No. 6, Debtor lists an interest in real property located at and commonly known as 19222 East Valley Drive, Villa Park, CA [APN 372-351-15] (the "Property"). Debtor's Schedule D reflects four loans securing the Property totaling $5,544,445 ("Liens"). Relevant portions of Schedules A/B and D are attached hereto.

On November 2, 2023 as Dk. No. 13, Residential Investment Trust IV ("RIT"), the lender holding the first deed of trust, filed a motion for relief from the automatic stay which is set for

hearing on December 5, 2023. In the MFR, the total due on the first deed of trust is no less than $3,734,946.40 with interest accruing monthly at a minimum of $22,250.

Trustee obtained an estimate of value in the amount of $5,300,000 to $5,800,000. After payment of the Liens and costs of sale there is no equity in the Property.

As such, Trustee has determined that the Property is of little or no value to the Estate. Therefore, the Trustee believes that the proposed abandonment of the Property is in the best interest of the Estate and its creditors.

**PLEASE TAKE FURTHER NOTICE** that any response and request for hearing as to the proposed abandonment must be in the form as required by Local Bankruptcy Rules 9013-1(f) and (o) and filed with the Clerk of the above-entitled Court.  The deadline for any response and request for hearing is 14 days after the date of service of this Notice, plus an additional 3 days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B).  If no such objection or request for hearing is served and filed within the seventeen (17) day period, the Trustee will proceed with the abandonment on or after the eighteenth (18th) day after service of this Notice. If no timely objection and request for hearing is filed and served, the property is deemed abandoned without further order of the court. A copy of any response or request for hearing must be served on Richard A. Marshack at the address indicated above and served on the Office of the United States Trustee, 411 W. Fourth Street, Suite 7160, Santa Ana, CA 92701.  Failure to timely respond may be deemed as acceptance of the proposed abandonment.  See Local Bankruptcy Rules 6007-1 and 9013-1(h).

DATED:  December 6, 2023                    Respectfully Submitted,

By:  /s/  Richard A. Marshack
         RICHARD A. MARSHACK
         Chapter 7 Trustee

Debtor  Viet Ideas LLC
        _____
        Name

Case number (if known) 8:23-bk-11642-TA

### Part 9: Real property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 19222 Valley Drive, Villa Park, | | $ | | $ 5,500,000.00 |
| 55.2 CA 92861 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**                                                                                    $ 5,500,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ☑ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☑ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ | | $ |
| 61. Internet domain names and websites | $ | | $ |
| 62. Licenses, franchises, and royalties | $ | | $ |
| 63. Customer lists, mailing lists, or other compilations | $ | | $ |
| 64. Other intangibles, or intellectual property | $ | | $ |
| 65. Goodwill | $ | | $ |

66. **Total of Part 10.**                                                                                    $ 0.00
    Add lines 60 through 65. Copy the total to line 89.

Debtor  Viet Ideas LLC                               Case number (if known) 8:23-bk-11642-TA
        Name

### Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 0.00 | |
| 88. Real property. *Copy line 56, Part 9.* →| | $ 5,500,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. Total. Add lines 80 through 90 for each column. ............ 91a. | $ 0.00  + 91b. | $ 5,500,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ........................................................... $ 5,500,000.00

Official Form 206A/B        Schedule A/B: Assets — Real and Personal Property        page 8

EXHIBIT 1
Page 4

**Fill in this information to identify the case:**

Debtor name: Viet Ideas LLC
United States Bankruptcy Court for the: Central District of CA
Case number (If known): 8:23-bk-11642

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name: Anchor Loans LP<br>Creditor's mailing address: 1 Baxter Way Ste 220, Thousand Oaks, CA 91362<br>Creditor's email address, if known:<br>Date debt was incurred: 4/29/2022<br>Last 4 digits of account number:<br>Do multiple creditors have an interest in the same property? ☐ No ☑ Yes. Specify each creditor, including this creditor, and its relative priority. 2.1, 2.2, 2.3, 2.4 | Describe debtor's property that is subject to a lien: 19222 Valley Drive, Villa Park, CA 92861<br>Describe the lien:<br>Is the creditor an insider or related party? ☑ No ☐ Yes<br>Is anyone else liable on this claim? ☑ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent ☐ Unliquidated ☑ Disputed | $3,650,501.00 | $5,500,000.00 |
| **2.2** Creditor's name: Chi Phung Luu To<br>Creditor's mailing address: 5412 Old Pirate Drive, Huntington Beach, CA 92646<br>Creditor's email address, if known:<br>Date debt was incurred: 5/10/2022<br>Last 4 digits of account number:<br>Do multiple creditors have an interest in the same property? ☐ No ☑ Yes. Have you already specified the relative priority? ☐ No. Specify each creditor, including this creditor, and its relative priority. ☑ Yes. The relative priority of creditors is specified on lines 2.1 | Describe debtor's property that is subject to a lien: 19222 Valley Drive, Villa Park, CA 92861<br>Describe the lien:<br>Is the creditor an insider or related party? ☑ No ☐ Yes<br>Is anyone else liable on this claim? ☑ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent ☐ Unliquidated ☑ Disputed | $876,444.00 | $5,500,000.00 |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $5,544,445.00

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of ___

EXHIBIT 1
Page 5

Debtor  Viet Ideas LLC  
Name

Case number (if known) 8:23-bk-11642

### Part 1: Additional Page

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3 Creditor's name**
Green Lotus Group LLC

Creditor's mailing address
8892 Cliffside Drive
Hunting Beach, CA 92646

Creditor's email address, if known

Date debt was incurred  12/15/2022
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☑ Yes. The relative priority of creditors is specified on lines 2.1

Describe debtor's property that is subject to a lien
19222 Valley Drive, Villa Park, CA 92861

$ 517,500.00   $ 550,000,000.0

Describe the lien

Is the creditor an insider or related party?
☐ No
☑ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.4 Creditor's name**
Hanh Huynh

Creditor's mailing address
18520 Callens Cir
Fountain Valley, CA 92708

Creditor's email address, if known

Date debt was incurred  2/21/2023
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☑ Yes. The relative priority of creditors is specified on lines 2.1

Describe debtor's property that is subject to a lien
19222 Valley Drive, Villa Park, CA 92861

$ 500,000.00   $ 5,500,000.00

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Official Form 206D   Additional Page of Schedule D: Creditors Who Have Claims Secured by Property   page ___ of ___

EXHIBIT 1
Page 6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **TRUSTEE'S NOTICE OF INTENT TO ABANDON THE ESTATE'S INTEREST, IF ANY, IN ASSETS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 6, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Glenn C. Kelble**    glenn@ksgklaw.com
- **Melissa Davis Lowe**    mlowe@shulmanbastian.com, avernon@shulmanbastian.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Stella K Park**    spark@parkandzheng.com, yzheng@parkandzheng.com
- **Joshua L Scheer**    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **December 6, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 6, 2023 | Pamela Kraus | /s/ Pamela Kraus |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

*June 2012*

**2. SERVED BY UNITED STATES MAIL**:  continued:

**DEBTOR**
VIET IDEAS LLC
10502 VILLA DEL CERRO
SANTA ANA, CA 92705-1486

**CREDITOR**
ANCHOR LOANS LP
1 BAXTER WAY STE 220
THOUSAND OAKS, CA 91362-3817

**CREDITOR**
CHI PHUNG LUU TO
5412 OLD PIRATE DRIVE
HUNTINGTON BEACH, CA 92649-3608

**CREDITOR**
EMPLOYMENT DEVELOPMENT DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**CREDITOR**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**CREDITOR**
GREEN LOTUS GROUP LLC
8892 CLIFFSIDE DRIVE
HUNTING BEACH, CA 92646-2620

**CREDITOR**
HANH HUYNH
18520 CALLENS CIR
FOUNTAIN VALLEY, CA 92708-6600

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**