RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

FILED & ENTERED

JAN 03 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re | Case No. 8:23-bk-11642-TA |
|---|---|
| VIET IDEAS, LLC, | Chapter 7 |
| Debtor. | ORDER ABANDONING THE ESTATE'S INTEREST, IF ANY, IN CERTAIN ASSETS |
| | [NO HEARING REQUIRED] |

The Court has considered the Trustee's Notice of Intent to Abandon the Estate's Interest, if any, in Certain Assets, filed on December 6, 2023 as Docket No. 22. The Court finds that no opposition was received and good cause exists under Bankruptcy Rule 6007-1(d)(2) to authorize the Trustee to abandon certain personal property of Debtor's bankruptcy estate, as follows:

IT IS ORDERED: The Estate's interest in the real property, located at and commonly known as 19222 East Valley Drive, Villa Park, CA [APN 372-351-15] (the "Property"), is abandoned pursuant to 11 U.S.C §554(a) and Local Bankruptcy Rule 6007 and the Property is no longer an asset of the Estate.

Date: January 3, 2024

Theodor C. Albert
United States Bankruptcy Judge

1