United States Bankruptcy Court

Central District of California

In re:                                                                          Case No. 23-11642-TA

Viet Ideas LLC                                                          Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 03, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

**Recip ID**          **Recipient Name and Address**
db           + Viet Ideas LLC, 10502 Villa Del Cerro, Santa Ana, CA 92705-1486

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:**

**Name**          **Email Address**

Glenn C. Kelble
      on behalf of Creditor Residential Investment Trust IV glenn@ksgklaw.com

Glenn C. Kelble
      on behalf of Interested Party Interested Party glenn@ksgklaw.com

Joshua L Scheer
      on behalf of Interested Party Scheer Law Group  LLP jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

Melissa Davis Lowe
      on behalf of Trustee Richard A Marshack (TR) mlowe@shulmanbastian.com  avernon@shulmanbastian.com

Richard A Marshack (TR)
      pkraus@marshackhays.com  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

Stella K Park
      on behalf of Debtor Viet Ideas LLC spark@parkandzheng.com  yzheng@parkandzheng.com

District/off: 0973-8
User: admin
Page 2 of 2

Date Rcvd: Jan 03, 2024
Form ID: pdf042
Total Noticed: 1

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 7

RICHARD A. MARSHACK
rmarshack@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Chapter 7 Trustee

**FILED & ENTERED**

JAN 03 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

VIET IDEAS, LLC,

Debtor.

Case No. 8:23-bk-11642-TA

Chapter 7

ORDER ABANDONING THE ESTATE'S INTEREST, IF ANY, IN CERTAIN ASSETS

[NO HEARING REQUIRED]

The Court has considered the Trustee's Notice of Intent to Abandon the Estate's Interest, if any, in Certain Assets, filed on December 6, 2023 as Docket No. 22. The Court finds that no opposition was received and good cause exists under Bankruptcy Rule 6007-1(d)(2) to authorize the Trustee to abandon certain personal property of Debtor's bankruptcy estate, as follows:

IT IS ORDERED: The Estate's interest in the real property, located at and commonly known as 19222 East Valley Drive, Villa Park, CA [APN 372-351-15] (the "Property"), is abandoned pursuant to 11 U.S.C §554(a) and Local Bankruptcy Rule 6007 and the Property is no longer an asset of the Estate.

Date: January 3, 2024

_____
Theodor C. Albert
United States Bankruptcy Judge

1